

No. 11–0626/AR.  U.S. v. Kirby B. Moses.  CCA 20090247.  Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE IN SPECIFICATION 1 OF CHARGE VI THAT APPELLANT'S INDECENT ACTS WERE PREJUDICIAL TO GOOD ORDER AND DISCIPLINE OR SERVICE DISCREDITING UNDER ARTICLE 134, UCMJ, SUBSTANTIALLY PREJUDICED APPELLANT'S CONSTITUTIONAL RIGHT TO FAIR NOTICE OF THE CHARGE AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0320/AF.  U.S. v. Chadrick L. Capel.  CCA S31819.  Review granted on the following issue raised by appellate defense counsel:

I.  WHETHER THE LOWER COURT MISAPPLIED UNITED STATES v. FOSLER AND UNITED STATES v. WATKINS IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELEMENT, THE ARTICLE 134 SPECIFICATION HERE STATES AN OFFENSE.

And the following issue specified by the Court:

II.  WHETHER THE EVIDENCE IS LEGALLY SUFFICIENT TO SUSTAIN APPELLANT'S CONVICTION FOR MAKING A FALSE OFFICIAL STATEMENT, ARTICLE 107, UCMJ, UNDER THIS COURT'S DECISIONS IN *UNITED STATES v. TEFFEAU*, 58 M.J. 62 (C.A.A.F. 2002), AND *UNITED STATES v. DAY*, 66 M.J. 172 (C.A.A.F. 2008).

Briefs will be filed under Rule 25 on Issue II only.

No. 12–0331/AR.  U.S. v. Jamil V. Williams.  CCA 20090619.  Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENTS OF ARTICLE 134 OF THE UNIFORM CODE OF MILITARY JUSTICE IN THE SPECIFICATION OF CHARGE IV AND IN SPECIFICATION 1 OF ADDITIONAL CHARGE V REQUIRES THIS COURT TO SET ASIDE THOSE SPECIFICATIONS.

No briefs will be filed under Rule 25.

No. 12–0396/MC.  U.S. v. Jason A. Lunsford, Jr.  CCA 201100511.  Review granted on the following issues:

I.  TESTIMONIAL STATEMENTS CANNOT BE INTRODUCED ABSENT CONFRONTATION.  HERE, APPELLANT OBJECTED TO THE CONFIRMATION AND SCREEN/RE–SCREEN WORKSHEETS ON CON-

FRONTATION GROUNDS BECAUSE: (1) NDSL'S MISSION IS TO PRODUCE ADMISSIBLE RESULTS; (2) THESE WORKSHEETS WERE CREATED AFTER APPELLANT'S SAMPLE WAS MARKED PRESUMPTIVELY POSITIVE; AND (3) THE WORKSHEETS ARE CREATED FOR AN EVIDENTIARY PURPOSE. DID THE LOWER COURT ERR BY HOLDING THAT THE WORKSHEETS WERE NON–TESTIMONIAL?

II. THE LOWER COURT HELD THAT THE MILITARY JUDGE DID NOT ABUSE HIS DISCRETION IN ADMITTING, OVER APPELLANT'S OBJECTION ON CONFRONTATION GROUNDS, THE CHAIN OF CUSTODY DOCUMENTS. ARE THESE NON–MACHINE–GENERATED DOCUMENTS TESTIMONIAL?

III. THE LOWER COURT HELD THAT THE ERRONEOUS ADMISSION OF TWO PIECES OF TESTIMONIAL HEARSAY FOUND WITHIN THE SPECIMEN CUSTODY DOCUMENT WAS HARMLESS BEYOND A REASONABLE DOUBT. BUT IT MISAPPLIED THE SWEENEY FACTORS AND DID NOT CONSIDER THE BLAZIER II FACTORS IN ASSESSING PREJUDICE. DID THE LOWER COURT ERR IN HOLDING THAT THE TESTIMONIAL HEARSAY DID NOT CONTRIBUTE TO APPELLANT'S CONVICTION?

No briefs will be filed under Rule 25.

No. 12–0477/AR. U.S. v. Jason H. Bean. CCA 20100362. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to May 24, 2012.

No. 12–0478/AR. U.S. v. Donald R. Parrish. CCA 20091098. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to May 24, 2012.

No. 12–0481/NA. U.S. v. Richard A. Merrey. CCA 201100667. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to May 24, 2012.